**UNITED STATES of America,
Appellee,**

v.

**Kevin Gerome LEGGITON, Appellant.**

**No. 08–3557.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 5, 2009.

Filed: Nov. 12, 2009.

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Kevin Leggiton (Leggiton) challenges the 235–month sentence the district court[1] imposed after Leggiton pled guilty to production of child pornography, in violation of 18 U.S.C. § 2251(a) and (e). Counsel has moved to withdraw and has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), suggesting that the sentence the district court imposed is excessive.

We note that the district court sentenced Leggiton at the bottom of the applicable advisory Guidelines range after properly considering the 18 U.S.C. § 3553(a) factors, and we conclude that the sentence is reasonable. *See United States v. Haack,* 403 F.3d 997, 1003–04 (8th Cir. 2005) (explaining that the reasonableness of a sentence is reviewed for abuse of discretion, and defining the ways in which an abuse of discretion may occur); *see also Rita v. United States,* 551 U.S. 338, 347, 127 S.Ct. 2456, 168 L.Ed.2d 203 (2007) (approving an appellate court presumption of reasonableness for within Guidelines-range sentences); *United States v. Lincoln,* 413 F.3d 716, 717 (8th Cir.2005) (applying the presumption).

Having reviewed the record under *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no nonfrivolous issues. Therefore, we grant counsel's motion to withdraw, and we affirm.

---

1. The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.